IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE C. SIMPSON,

                      Plaintiff,                      ORDER

    v.

                                          09-cv-532-bbc

SGT. SICKINGER, CAPTAIN MASON,
WARDEN GARY BOUGHTON,
CYNTHIA THORPE and DR. COX,

                      Defendants.

---

Plaintiff Willie Simpson, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff provides a copy of his trust fund account statement for the full six-month period immediately preceding the filing of his complaint.

Plaintiff's complaint was submitted on August 24, 2009. His trust fund account statement should cover the period beginning approximately February 24, 2009 and ending approximately August 24, 2009. Instead, it covers a one-month period beginning July 1, 2009 and ending July 31, 2009. If plaintiff intends to pursue his request to proceed *in forma pauperis* he will need to submit a supplemental trust fund account statement that covers the remainder of the six-month period ending August 24, 2009.

ORDER

IT IS ORDERED that plaintiff may have until November 10, 2009, in which to submit a trust fund account statement for the period beginning approximately February 24, 2009 and ending approximately August 24, 2009. If, by November 10, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 27th day of October, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge