IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE C. SIMPSON,

    Plaintiff,

v.

CYNTHIA THORPE and DR. COX,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-532-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Cynthia Thorpe and Dr. Cox granting their motion for summary judgment and dismissing this case.

_____       2/7/2011
Peter Oppeneer, Clerk of Court              Date